DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRANCIS QUIROZ,**
Appellant,

v.

**ANDRES TORRES,**
Appellee.

No. 4D21-1878

[October 6, 2021]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott R. Kerner, Judge; L.T. Case No. 502020DR007413.

Dania Viñuela and Rosa Garcia Acevedo of Family Help Center, LLC, Pembroke Pines, for appellant.

Dina Gutierrez of Law Office of Dina Gutierrez, Hollywood, for appellee.

PER CURIAM.

*Affirmed.  See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979); *Waites v. Middleton,* 302 So. 3d 1082 (Fla. 1st DCA 2020).

CIKLIN, LEVINE, and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***